ORIGINAL

1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  P O BOX 50013
   SAN JOSE, CA  95150-0013
3
   Telephone: (408) 354-4413
4  Facsimile: (408) 354-5513

5  Trustee for Debtor

FILED
AUG - 8 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                )  Chapter 13
                                      )
FRANCESCA THORN                       )  Case No. 09-50011 CN
                                      )
                                      )  **NOTICE OF UNCLAIMED DIVIDEND**
                                      )
            Debtor                    )
                                      )
_____)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

   Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2495252 for an unclaimed dividend in the amount of $8.87. The name and address of the claimant entitled to the unclaimed dividend is as follows;

            FRANCESCA THORN
            P O BOX 223753
            CARMEL, CA  93922

Dated: August 02, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE

Case: 09-50011   Doc# 26   Filed: 08/08/11   Entered: 08/11/11 15:07:43   Page 1 of 1